**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JOHAN ESTEBAN CARDONA URIBE, et al.,   :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs,　　　　　　:　　24-CV-2308 (OTW)
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　-against-　　　　　　　:　　**SCHEDULING ORDER**
　　　　　　　　　　　　　　　　　　　:
PRESTIGE CAR CARE OF NY INC., et al.,　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　:
　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

　　　**ONA T. WANG**, **United States Magistrate Judge**:

　　　The Court is in receipt of ECF 20.

　　　The parties' request to adjourn the November 21, 2024, conference is **GRANTED**. The November 21 conference is hereby **ADJOURNED** to **Wednesday, December 18, 2024, at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.


　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_____
Dated: November 20, 2024　　　　　　　　　　　　**Ona T. Wang**
　　　　New York, New York　　　　　　　　　　　United States Magistrate Judge