```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHAN ESTEBAN CARDONA URIBE, et al.,      :
                                          :
                Plaintiffs,               :          24-CV-2308 (OTW)
                                          :
        -against-                         :          **ORDER**
                                          :
PRESTIGE CAR CARE OF NY INC., et al.,     :
                                          :
                Defendants.               :
                                          :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Counsel is reminded that they have been directed to file a joint status letter on February 28, 2025, apprising the Court on the progress in mediation. (ECF 23). Counsel failed to submit their letter on February 28. Counsel is directed to file their February letter by close of business on **March 12, 2025**. The parties should explain in the March 12 letter why they failed to file their February 28 letter as directed.

**SO ORDERED.**

                                                                      *s/ Ona T. Wang*

Dated: March 11, 2025　　　　　　　　　　　**Ona T. Wang**
        New York, New York　　　　　　　　　United States Magistrate Judge