**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
JOHAN ESTEBAN CARDONA URIBE, et al.,      :
                                          :
              Plaintiffs,                 :     24-CV-2308 (OTW)
                                          :
       -against-                          :     SCHEDULING ORDER
                                          :
PRESTIGE CAR CARE OF NY INC., et al.,     :
                                          :
              Defendants.                 :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 36 and 37.

The parties' request to adjourn the July 30, 2025, status conference is **GRANTED.** The July 30 status conference is hereby **ADJOURNED sine die.** The parties are directed to file a joint status letter on the docket by **August 15, 2025,** apprising the Court on the status of settlement and proposing new dates for an in-person status conference.

The parties' request to hold the July 30 conference virtually or telephonically is **DENIED as moot**.

The Clerk of Court is respectfully directed to close ECF Nos. 36 and 37.

**SO ORDERED.**

Dated: July 28, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge