**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JOHAN ESTEBAN CARDONA URIBE, et al.,     :

            Plaintiffs,     :           24-CV-2308 (OTW)

        -against-     :          **SCHEDULING ORDER**

PRESTIGE CAR CARE OF NY INC., et al.,     :

           Defendants.     :

    :

------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The in-person Status Conference in this matter scheduled for Thursday, March 5, 2025 is

**ADJOURNED sine die.** Plaintiffs are directed to serve a copy of this notice on Defendants by

Wednesday, March 4, 2026.

       The Clerk of the Court is respectfully directed to close ECF 64.

       **SO ORDERED.**

                                   _s/ Ona T. Wang_

Dated: March 2, 2026                      **Ona T. Wang**
      New York, New York                United States Magistrate Judge