**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JOHAN ESTEBAN CARDONA URIBE, et al.,

Plaintiffs,

-against-

PRESTIGE CAR CARE OF NY INC., and EDDIE GARCIA,

Defendants.

---------------------------------------------------------------x

24-CV-2308 (OTW)

**ORDER OF DEFAULT**

**ONA T. WANG**, **United States Magistrate Judge**:

**WHEREAS,** Plaintiffs commenced this action on March 27, 2024, by filing the Complaint (ECF 1);

**WHEREAS,** counsel for corporate defendant Prestige Car Care of NY Inc. and individual defendant Eddie Garcia moved to withdraw from this case on November 7, 2025 (ECF 42);

**WHEREAS,** I granted that motion on November 10, 2025, and directed that "on or before December 10, 2025, new counsel for corporate Defendant must file a notice of appearance on the docket.," and that failure to do so leaves the corporate defendant "at risk for default," (ECF 45);

**WHEREAS,** it is well settled that, "a corporation, which is an artificial entity, may only appear in federal court through a licensed attorney; put another way, a corporation may not appear pro se." *See e.g., Steadman v. Citigroup Glob. Markets Holdings Inc.*, 592 F. Supp. 3d 230, 240 (S.D.N.Y. 2022) (collecting cases);

**WHEREAS,** the deadline for defendant Prestige Car Care of NY Inc. to obtain counsel has expired, and no new counsel has filed a notice of appearance;

**WHEREAS,** "default may enter against a corporate defendant that fails to defend itself in the action by retaining counsel." *Kaplan v. Bank Saderat PLC*, 77 F.4th 110, 116 n.8 (2d Cir. 2023) (quoting *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006));

**WHEREAS,** a certificate of default was issued by the Clerk of the Court as to defendant Prestige Car Care of NY Inc. on January 5, 2026 (ECF 54);

**WHEREAS,** I granted leave for Plaintiff's to file a request for a certificate of default as to Defendants Prestige Car Care of NY Inc. only, and gave Mr. Garcia a deadline of January 16, 2026, to indicate whether he intends to appear in this case *pro se* (ECF 49);

**WHEREAS,** the deadline for defendant Garcia to file a letter has expired, and no response was received from Mr. Garcia;

**WHEREAS,** a certificate of default was issued as to Mr. Garcia on January 29, 2026 (ECF 58);

**WHEREAS,** Plaintiffs executed service of my orders indicating these deadlines, and the certificates of default (ECF Nos. 44, 46, 48, 55, 59);

**WHEREAS,** Plaintiffs filed a motion for default judgment as to all defendants, and served their motion on all defendants (ECF Nos. 61, 65);

**WHEREAS,** Defendants have filed no opposition to Plaintiffs' motion for a default judgment;

**ACCORDINGLY,** an order of default is entered against Defendant Prestige Car Care of NY Inc. and Defendant Eddie Garcia. An inquest on damages will be conducted after briefing.

The Clerk of the Court is respectfully directed to close ECF 61. Plaintiff is directed to serve this Order on Defendants and file proof of service on the docket by **September 18, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 8, 2026
New York, New York