**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

JOHAN ESTEBAN CARDONA URIBE, et al.,

Plaintiffs,

-against-

PRESTIGE CAR CARE OF NY INC., and EDDIE GARCIA,

Defendants.

-----------------------------------------------------------x

24-CV-2308 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On September 8, 2026, I found both in default. (ECF 69). The case will now proceed to an inquest so that default judgment can be entered.

Accordingly, by **October 9, 2026,** Plaintiffs shall file **(1) proposed findings of fact and conclusions of law,** and **(2) an inquest memorandum setting forth proof of damages**. Plaintiffs' proposed damages figures should be supported by documentary evidence and/or one or more affidavits establishing the proposed figures. Plaintiffs must also include documentation supporting the requested attorney's fees and costs. Plaintiffs must serve these documents on the Defendants and file proof of service on the docket by **October 9, 2026.**

Defendants' opposition papers, if any, shall be filed by **November 6, 2026.**

**The Court hereby notifies the parties that it may conduct this inquest solely on the written submissions of the parties.** *See Action S.A. v. Marc Rich & Co., Inc.*, 951 F.2d 504, 508 (2d Cir. 1991). If any party seeks an evidentiary hearing on damages, such party must include

the request in its papers, as well as provide reasons why a hearing is necessary, and detail what types of additional evidence, including witnesses, would be presented at the hearing.

Plaintiffs further directed to serve a copy of this Order on the Defaulting Defendants and file proof of service on the docket by **September 18, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 9, 2026
New York, New York